1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Room 200C
   Oakland, CA 94612-5204
4  Telephone: (510) 637-3500

5  Counsel for Defendant DONALD MOORE

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 4-14-71082 (KAW) |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF RELEASE |
| DONALD MOORE ) | |
|     aka Donald Collins, ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Donald Moore, aka Donald Collins, may be modified to extend her curfew to 10:30 p.m. and allow her to leave the Northern District of California to travel to the Sacramento area for work purposes only with the prior approval of her United States Pretrial Services officer.

   United States Pretrial Services Officer Gelareh Farahmand is in agreement with the proposed modifications. All other conditions of release shall remain the same.

Date: September 30, 2014            _____/s/_____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

Date: September 30, 2014            _____/s/_____
                                    CHRISTINA McCALL
                                    Assistant United States Attorney

*U.S. v Moore*, CR 4-14-71082 KAW
Order RE: Modify Terms of Release

1
2   I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.
3
4                                    ORDER
5   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for
6   defendant, Donald Moore, aka Donald Collins, are modified to extend her curfew to 10:30 p.m. and
7   allow her to leave the Northern District of California to travel to the Sacramento area for work
8   purposes only with the prior approval of her United States Pretrial Services officer.
9   All other conditions of release shall remain the same.
10  IT IS SO ORDERED.
11
    Date: __10/1_____, 2014                    _____
12                                              KANDIS A. WESTMORE
                                                United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*U.S. v Moore*, CR 4-14-71082 KAW
Order RE: Modify Terms of Release